IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENNIS G NASH, JR, | * |
| Plaintiff, | * |
| v. | Case No.  5:25-cv-00355-MTT |
| | * |
| AMERICANS WITH DISABILITIES et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of November, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk